UNITED STATES DISTRICT WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 1 0 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Elaine Whigham Williams,
      Plaintiff

-Against-      Case No. 6:18CV00058

Liberty University,
      Defendant

## COMPLAINT

Comes Now, Plaintiff, Elaine Whigham Williams, and files her complaint against the above-named Defendant Liberty University on the following grounds:

## INTRODUCTION

1.

This is action for Domestic Terrorism pursuant to 18 U.S.C. 2331 Domestic Terrorism. Domestic Terrorism includes acts that are dangerous to human life and are intended to coerce a civilian population.  Plaintiff is informed and believes that there was a Hit issued against her so that her life could be taken by Police Hanging like Sandra Bland who was killed in 2015 by Waller County Sherriff Deputies. Plaintiff is informed and believes that her death was order by

broadcasting, brood casting, black lives matters movement, Zombie Apolcalypse, Psychological

Warfare was declared against her.

2.

Plaintiff believes that several vehicle hits were initiated against her 2016 in by Liberty University

Police, Lynchburg Fire Rescue and LU vehicles. Plaintiff was targeted for Death in 2013  after

obtaining a Job with Marsh McLennan Companies. Acts and attempts against Plaintiff  life have

been ongoing since 2013.

## THE PARTIES

3.

The Plaintiff, Elaine Whigham Williams, is a black American female who has been a student at

Liberty University, studying pre-law and theology. The Plaintiff is a B student.

4.

The Plaintiffs, mailing address is, 2700 Buford Highway #25 Po Box 13012

Atlanta, Georgia 30324.

5.

The Defendant Liberty University is a Christian University founded

in 1971 founded by Jerry Farwell Sr.

6.

The Defendant Liberty University can be served suit and summons at 1971 University Blvd

Lynchburg, Virginia 24502.

## VENUE

6.

The Defendant operate their business within the, The United States Court Western District of Virginia.

## JURISDICTIONS

7.

The Jurisdiction of this Court is invoked pursuant to 28 U.S.C. 1331.

8.

The Defendant is a higher learning institution engaged in providing post-secondary education online and on campus learning environment.

## BACKGROUND

9.

Plaintiff has been a victim of Domestic Terrorism for several years in 2016 while living in Lynchburg, Virginia at 2211 Park Ave for several months Plaintiff was chased when commuting from the Liberty University by vehicles with the LU symbol. Plaintiff was unaware at the time that she was being chased to be murdered in the Zombie Apocalypse by hanging similar to Sandra Bland who was killed in Texas.

10.

The Plaintiff is the illegitimate biological daughter of Oprah Gail Winfrey.

In 2008 a sculpture named Daniel Edwards created the Oprah Winfrey Sarcophagus2 which was a sculpture of The Plaintiff lying dead in a Gold Coffin. *See Exhibit*



10.

The same book was sold on Amazon millions entitled  The Oprah Sacrophagus. *See Exhibit*



✓*Prime*

On April 28, 2018 Oprah Winfrey created a post on her Instagram page regarding people lynched in her hometown in Mississippi.

  Photo ♥ ✱ ❄ ⏰ LTE 📶 29% 🔋 12:59 PM

 oprah ⋮



♡ ◯ ◁ ⎙

Liked by **theegoogoo**, **theatricalpace** and **333,249 others**

**oprah** We Speak Your Names! Remembering those lynched in my home town of Kosciusko, Miss. Attala County. At

 🔍 ⌖ ⚘ ⚇

11.

In 2013 Plaintiff went to work for Marsh McLennan Companies in Dallas, Texas, located at 1717 Main St Comerica Bldg. Dallas, Texas.

Plaintiff was targeted in 2013 for Psychological Warfare, Zombie Apocalypse, The Walking Dead and Black Lives Matters Movement.

12.

Plaintiff is informed and believes that for years she was bounty hunted by extremist and hate groups for death and for hanging.

FACT

13.

The Plaintiff believes in 2017 during the Fall Semester the Defendant began a psychological operation to wage war against her. Plaintiff is informed and believes the Defendant manipulated the grading system in an attempt to torment the Plaintiff regarding the Psychological warfare she endured in 2013 at the Hands of Marsh McLennan Companies and to threaten the Plaintiff her impeding hanging that was being conspired by Officers of the Law .

14.

Plaintiff was enrolled in American Exceptionalism and Jurisprudence

15.

On April 28, 2018 Oprah Winfrey posted on her Instagram page a memorial tribute to blacks who were *hung in* Kosciusko, Mississippi in Attala, County. See Exhibit

On April 20, 2018 as the Plaintiff discovered a billboard of a women hanging with a police

officer hat at Forsyth and Luckie St in Atlanta, Georgia where she resides days after the Amber



Alert was issued ordering her execution. *See Exhibit*

16.

On April 9, 2018 to April 14, 2018 there was several Amber Alert issued in the State of Georgia

the last Alert was issued in Forsyth County Georgia. Plaintiff is informed and believes her

execution was ordered by Forsyth County because of a 1987 show Oprah Winfrey did in

Forsyth County Georgia. Plaintiff is informed and believes she was hated by White

Supremacist, hate groups and terrorist organization because is the daughter of Oprah Winfrey.



*See Exhibit*

17.

Plaintiff is informed and believes that Amber Alerts are used by Travel Bans that call themselves

broad casters in the Sherriff department. Plaintiff believes that Amber Alerts are underground

codes granting Sherriff Department execution or, Am ber( ISIS) Hang her men

18.

Plaintiff is informed and believes that black women who are unmarried with children are targeted

for hanging first also known by brood casters as being judged. *See Exhibit*

  ... ✳ ⏰ ᴸᵀᴱ ⬕ 16% 🔋 5:54 PM

 *Instagram* 

 **porsha4real** ⋮



                      🔖

**75,071 likes**

**porsha4real** Doesn't really bother me anymore but posting for all those bad asses out there who... *more*

                    

19.

Plaintiff is informed and believes the Defendant used Psychological Warfare

20.

The Plaintiff is informed and believes the Defendant participated in the Conspiracy to have the

Plaintiff murdered and hung like Sandra Bland.

21.

Plaintiff is informed and believes that Sandra Bland was murder in a Waller County Jail in 2015

by Waller County Sherriff.  Plaintiff is informed and believes that Bland was targeted for several

reasons. First Bland was targeted because she was upwardly mobile black American Female who

moved to Texas and second she was targeted because she was active on Facebook.

22.

Plaintiff an upwardly mobile African American Women, active on Facebook and the illegitimate

daughter on Oprah Winfrey moved to Dallas Texas in November of 2012 and in January 14,

2013 started what she thought was a promising new career at Marsh McLennan Companies

located at 1717 Main St Comerica Bldg. Dallas Texas.

23.

Plaintiff is informed and believes she was targeted for Psychological Warfare while at Marsh

McLennan whose desire was to have Plaintiff hung like Sandra Bland.

24.

In August 28th, 2017, the Plaintiff began her Fall Semester and her again the victim of

Psychological Warfare by Liberty University.

25.

The fall of 2017 Plaintiff took American Exceptionalism proctored by Heather Piedmont who

gave Plaintiff a grade of "77" on two assignments and ordered the Plaintiff's assassination by

hanging. The "7" was a symbol for the seven stages of hanging by Alice Birch  See Exhibit



On May 7, 2018 Plaintiff walked on Forsyth St. and saw that the tree for the Birch on the sign

had been cut down. Further indicating Plaintiff was being targeted for hanging. *See Exhibit.*



26.

In April 14th, 2018 Amber Alert were broadcast order Plaintiff execution and at April 2, 2018 a

billboard was posted in Atlanta that the hanging would be on Revolt. TV.

27.

In Plaintiff American Exceptionalism class the Plaintiff was erroneously graded "77" on several

assignments. The Plaintiff was graded by Jennifer Piedmont in this matter to symbolize that

Plaintiff was wanted hung. The 77 refer to the seven stages of hanging. The Plaintiff was

erroneously graded in both classes the Fall of 2017 however, Jennifer Piedmont refused to

change the Plaintiff's grade. At that time Plaintiff was unaware the 77 was a symbol ordering her

hanging.

28.

Plaintiff wrote several letters and initiated a grade appeal for the terroristic acts that affected the

Plaintiff's grades

29.

Plaintiff is informed and believes the class rooster to create an enemy combat group. Using the

name Marsh and the name of Professor Soto in her Jurisprudence class as a means of torment of

torture

30.

On April 20th the Plaintiff who is active on Instagram was sent a feed entitled, "Picked Just for

You", of a black women hanging from a closet. *SEE EXHIBIT*



Plaintiff is informed and believes that terrorist organizations judge and hangs black women with



no kids and that are not married. SEE EXHIBIT

31.

Plaintiff filed a complaint against Liberty University because she initially thought the issue was

just racial discrimination however, the issues of the matter arises out of Domestic Terrorism,

Hate and Conspiracy to commit murder.

32.

Plaintiff made several appeals to Liberty University to the Department of Education. This

complaint was filed after Plaintiff discovered that Plaintiff conspired with others to have killed

by hanging asphyxiation because she was a black woman with no children at home and no

husband

33.

On April 20th as Plaintiff was walking, the Plaintiff notice a sign at Luckie Street and Forsyth of

a woman hanging with a police hat on her head

34.

The Defendant engages in an illegal act domestic terrorism, conspiracy to commit murder and

hate crime. The  Plaintiff believes that there is a hate organization within Liberty University that

hate woman and used their influence to conspire to have all acts herein committed against the

Plaintiff.


COUNT ONE

Domestic Terrorism

18 U.S.C. § 2331

35. Plaintiff incorporates herein paragraph 1 through 34 of her complaint

36. Defendant engage in intentional act of Domestic Terrorism

37. Defendant conduct violates 18 U.S.C. § 2331 Domestic Terrorism.

38 Defendant conduct caused Plaintiff to suffer loss of prestige

COUNT TWO

Hate Crime

18 U.S. Code § 249

39 Plaintiff incorporates herein paragraph 1 through 34 of her complaint

40. Defendant engage in intentional act of Hate Crime

41. Defendant conduct violate Hate Crime Statute 18 U.S. Code § 249

42. Defendant conduct cause Plaintiff to suffer loss prestige, loss of income and emotional

distress.

COUNT THREE

Conspiracy to Commit Murder

18 U.S. Code § 1117

43. Plaintiff incorporates herein paragraph 1 through 34 of her complaint

44. Plaintiff engage in intentional act conspiracy to commit murder

45. Defendant conduct violates Conspiracy to Commit Murder 18 U.S. Code § 1117

46. Defendant conduct cause Plaintiff to suffer loss of prestige, loss of income and emotional distress.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

1. That the court grants Plaintiff $1,000,000.00 compensatory damages for humiliation, emotional distress and other damages caused by Defendants;

2. That Court grants Plaintiff all other relief Court deems just and proper;

3. That the Court requires that Defendant remit to the Department of Education all student loan remitted to Defendant on the Plaintiff's behalf;

4. That the Court grant Plaintiff $1,000,000.00 punitive damages for the Defendants malicious and reckless indifferent conduct; and

5. That the Court grants temporary, preliminary and permanent injunctive relief prohibiting the Defendant from engaging in further conduct.

This 7th day of May, 2018

Elaine Whigham Williams
2700 Buford Highway #25

Po Box 13012
Atlanta, Georgia 30324


JURY TRIAL DEMANDED

This 7th  day of May, 2018

Elaine  Whigham Williams
2700 Buford Highway #25
Po Box 13012
Atlanta, Georgia 30324